AO 247 (Rev. 11/11) ALSD  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

| | |
|---|---|
| United States of America  v.  Angelo Larmone Massey | Case No: 1:08-CR-00177-002  USM No: 10307-003 |
| Date of Original Judgment: 7/20/2010  Date of Previous Amended Judgment:  *(Use Date of Last Amended Judgment if Any)* | Arthur J. Madden, III, Esquire  *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

**ADDITIONAL COMMENTS**

The defendant was sentenced to the statutory mandatory minimum prior to the effective date of the Fair Sentencing Act of 2010, and is therefor not entitled to a reduction in sentence pursuant to that act. United States v. Hippolyte, 712 F.3rd 535 (11th Cir. 2013).

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: June 5, 2013        /s/ Callie V. S. Granade
                                *Judge's signature*

Effective Date: _____        United States District Judge
*(if different from order date)*    *Printed name and title*